

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Aranda Martinez Aranda

**Civil Action No.**  25-cv-2730-AGS-AHG

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set out on the record at the December 2, 2025 hearing, the petition for a writ of habeas corpus (ECF 1 ) is granted. This case is hereby closed.

**Date:**  _____2/5/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler  _____

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-2730-AGS-AHG

Respondents:

Christopher J. LaRose;

Patrick Divver,
in his official Capacity as San Diego Field Office Director of the Immigration and Customs Enforcement,
Enforcement and Removal Operations Otay Mesa Detention Facility;

Kristi Noem,
in her official capacity as Secretary of the U.S. Department of Homeland Security;

Pam Bondi,
in her official capacity as Attorney General of the United States